1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| LLOYD E. LAMB, | Case No.: 2:20-cv-02264-JAM-CKD |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| LVNV FUNDING, LLC | |
| Defendant. | |

After reviewing the stipulation between Plaintiff LLOYD E. LAMB ("Plaintiff") and Defendant LVNV FUNDING, LLC ("Defendant") to extend Defendant's time to answer or otherwise plead in response to Plaintiff's Complaint, and GOOD CAUSE BEING SHOWN, this Court hereby rules and adjudges as follows:

1. The stipulation is GRANTED.

2. Defendant shall have until February 13, 2021 to respond to the Complaint.

**IT IS SO ORDERED.**

Dated: January 29, 2021     /s/ John A. Mendez
   THE HONORABLE JOHN A. MENDEZ
   UNITED STATES DISTRICT COURT JUDGE